Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

**FILED JUN 15 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| To: | CLERK, U.S. BANKRUPTCY COURT |
| Re: | UNDISTRIBUTED FUNDS |
| Debtor: | IVAN GONGORA ROMERO<br>2601 EAST VICTORIA STREET<br>#204<br>COMPTON, CA 90220 |
| Case No.: | SV04-12921-VK |

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| IVAN GONGORA ROMERO<br>2601 E. VICTORIA STREET #204<br>COMPTON, CA 90220 | $ 4,972.25 |

Dated:   June 13, 2011

_____
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0831746
Check Date: 06/08/2011
Check Amt: 4,972.25

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0412921 | Claim #: 00000 | IVAN GONGORA ROMERO | | 0.00 | 0.00 | 4,972.25 | 4,972.25 |
| | | TOTALS | | 0.00 | 0.00 | 4,972.25 | 4,972.25 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

| CHECK DATE | CHECK NO. |
|---|---|
| Jun 08, 2011 | 0831746 |

CHECK AMOUNT
$******4,972.25

VOID AFTER 60 DAYS

ROMERO, IVAN GONGORA

Case No: 0412921

PAY ONLY  **4,972.25**
FOUR COMMA NINE SEVEN TWO PERIOD TWO FIVE

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $4,972.25

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑆0831746⑆ ⑈122044300⑈ 001⑉111690⑉